UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QAAIM BAKER,<br><br>        Plaintiff,<br><br>  -against-<br><br>EMTC RIKERS ISLAND,<br><br>        Defendant. | 25cv1154 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the April 11, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: April 17, 2025
     New York, New York

                  /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
               Chief United States District Judge